ACCEPTED
14-18-00183-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/17/2018 2:29 PM
CHRISTOPHER PRINE
CLERK

# FOURTEENTH COURT OF APPEALS
## HOUSTON, TEXAS

| | |
|---|---|
| **MELINDA REID** | § |
| | § |
| vs. | § |
| | § |
| **RITA WARREN-MICHAELS,** | § |
| **Individually and as TRUSTEE OF THE** | § |
| **WARREN FAMILY REVOCABLE TRUST** | § |

No. 14-18-00183-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/17/2018 2:29:03 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO DISMISS

TO THE HONORABLE COURT:

COMES NOW Appellant, Melinda Reid, by Michael C. Wynne, by and through her attorney of record in the above-styled cause, and moves the Court to dismiss this appeal without prejudice to the refiling of same. The parties would show unto the Court that there parties have entered into a compromise agreement, and that the costs of court may be taxed against the party whom incurred.

Respectfully submitted,

**WYNNE & SMITH**
707 W. Washington
P.O. Box 2228
Sherman, Texas 75091-2228
Telephone: 903/893-8177
Telecopier: 903/892-0916

By: _____
MICHAEL WYNNE
State Bar No. 22110800

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record via e-service on this 17th day of _____, 2018.

_____
MICHAEL C. WYNNE